# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01681-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEROME L. GRIMES,

    Plaintiff,

v.

USA BOXING,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On August 6, 2015, Plaintiff, Jerome L. Grimes, filed *pro se* a "Motion for Leave to Set Aside the Decision; Request for a Temporary Injunction and Interim Measures to Secure the Annulment of the Defendant's Decision and Ban any Future Discrimination or Boycott" (ECF No. 1) and an "Application to Proceed in Forma Pauperis Under Section 706(f) of the Civil Rights Act of 1964" (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue him claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

|  |  | period immediately preceding this filing |
|---|---|---|
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing authorization to calculate and disburse filing fee payments |
| (7) | __ | is missing an original signature by the prisoner |
| (8) | xx | is not on proper form (must use the current court-approved form) |
| (9) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | __ | other:. |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|---|---|---|
| (12) | xx | is not on proper form (must use the current court-approved form). |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page no. __ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __ | other: _____. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved General Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 7, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Gordon P. Gallagher
                                              United States Magistrate Judge